OPINION — AG — PROPERTY ACQUIRED BY AN URBAN RENEWAL AUTHORITY WOULD REQUIRE DOCUMENTARY STAMPS TO BE AFFIXED TO THE DEED UNDER THE PROVISIONS OF 68 O.S. 1967 Supp., 5101-5107 [68-5101] — [68-5107]; SUCH AUTHORITY IS NOT CLEARLY EXEMPT FROM TAXATION. CITE: 11 O.S. 1961 1615 [11-1615] 11 O.S. 1961 1601 [11-1601], 68 O.S. 1967 Supp., 5102 [68-5102], 68 O.S. 1967 Supp., 5103 [68-5103] (W. J. MONROE)